UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH L. WOODS and
CLAUDE WOODS

VERSUS                                      CIVIL ACTION NO.: 08-194-JVP-CN

N. BURL CAIN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 19, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Motion to Dismiss (doc. 5) is hereby **GRANTED** and the Petition for Writ of Habeas Corpus (doc. 1) filed by petitioners, Joseph L. Woods and Claude Woods, shall be **DISMISSED** without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 3, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA