UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA
2008 JUN 19 P 4:13

BY DEPUTY CLERK

JOSEPH L. WOODS and
CLAUDE WOODS

VERSUS                        CIVIL ACTION NO.: 08-194-JVP-CN

N. BURL CAIN, ET AL

## JUDGMENT

In accordance with the court's ruling of June 3, 2008 (doc. 8);

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by petitioners, Joseph L. Woods and Claude Woods, is hereby **DISMISSED** without prejudice.

Baton Rouge, Louisiana, June 19, 2008.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA